**Opinion issued February 24, 2015**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-15-00006-CV

————————————

**PAULA HILL, INDIVIDUALLY, AS NEXT FRIEND OF J.K., A MINOR CHILD, AND AS ATTORNEY-IN-FACT FOR SUZANNE KNUPPEL,** Appellant

**V.**

**TEXAS CHILDREN'S HOSPITAL; BAYLOR COLLEGE OF MEDICINE; SALWA SHENAQ, M.D., INDEPENDENT EXECUTOR OF THE ESTATE OF SALEH SHENAQ, M.D.; AND FELIX R. SHARDONOFSKY, M.D.,** Appellees

---

**On Appeal from the 55th District Court**
**Harris County, Texas**
**Trial Court Case No. 2013-64839**

---

**MEMORANDUM OPINION**

Appellant, Paula Hill, individually, as next friend of J.K., a minor child, and as attorney-in-fact for Suzanne Knuppel, has filed an agreed motion to dismiss the appeal. No opinion has issued.

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Brown and Lloyd.